806 A.2d 850

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Mark E. STEINER, Respondent.**

**No. 709 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Aug. 1, 2002.

*ORDER*

PER CURIAM.

AND NOW, this 1st day of August, 2002, the Joint Petition for Temporary Suspension is granted and, pursuant to Rule 214, Pa.R.D.E., Mark E. Steiner is placed on temporary suspension and he shall comply with all the provisions of Rule 217, Pa.R.D.E. The matter is hereby referred to the Disciplinary Board pursuant to Rule 214(g), Pa.R.D.E.